**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 07 2017  ★

LONG ISLAND OFFICE

1.  Title of Case: <u>United States v. Daniel Mullan</u>

2.  Related Magistrate Docket Number(s): N/A

3.  Arrest Date:  N/A

4.  Nature of offense(s):  ☒  Felony

    ☐  Misdemeanor

CR 17 495

SPATT, J.
BROWN, M. J.

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local
    E.D.N.Y. Division of Business Rules):

6.  Projected Length of Trial:   Less than 6 weeks    ☒

    More than 6 weeks    ☐

7.  County in which crime was allegedly committed: Nassau
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case
    pending or initiated before March 10, 2012.[1]        ☐Yes  ☒ No

9.  Has this indictment/information been ordered sealed?       ☐Yes  ☒ No

10. Have arrest warrants been ordered?        ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?      ☐Yes  ☒ No

BRIDGET M. ROHDE
Acting United States Attorney

By:

Michael R. Maffei
Assistant U.S. Attorney
(631) 715-7890

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12