UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                      17-CR-495 (ADS)

DANIEL MULLAN,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CHANGE OF CONTACT INFORMATION

       PLEASE TAKE NOTICE that all future correspondence to Assistant United States Attorney Michael R. Maffei in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Michael R. Maffei
       United States Attorney's Office (Criminal Division)
       610 Federal Plaza
       Central Islip, New York 11722
       Tel:  (631) 715-7890
       Fax: (631) 715-0006
       Email: michael.maffei2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael R. Maffei at the email address set forth above.

Dated: Central Islip, New York
       May 24, 2018

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                    United States Attorney

                      By:    /s/ Michael R. Maffei
                              Michael R. Maffei
                              Assistant U.S. Attorney

cc:    Clerk of the Court (ADS)