BEFORE: A. Kathleen Tomlinson, USMJ     DATE: 8-16-2019     TIME START: 2:47 p.m. (26 minutes)

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET #:** CR-17-495-ADS-GRB     **CAPTION:** USA v. Mullan

**DEFENDANT:** Daniel Mullan    Deft. #1      **COUNSEL:** Nancy Bartling
   X Present      ___ Not Present          X CJA    ___ Retained    ___ Federal Defenders
   X In custody    ___ Bail    ___ Self Surrender

**GOVERNMENT:** Michael Maffei

**INTERPRETER:** N/A (sworn) Language - _____     **COURTROOM DEPUTY:** MVR

**PRETRIAL:** Marnie Gerardino, present

**FTR:** 2:47-3:13

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2019 ★
LONG ISLAND OFFICE

__X__ Case called.

__X__ Defendant(s) arraigned on Count(s) 1, 2, 3 and 4 of the (4) Four Count Indictment.

____ Defendant(s) initial appearance.

__X__ Defendant(s) waives further public reading and pleads NOT guilty to 1, 2, 3 and 4 of the (4) Four Count Indictment.

__X__ Speedy Trial Order Information: Code Type: __X-__
            Start Date: 8-16-2019 XSTART
            Stop Date: 9- 6-2019 XSTOP

____ Order Setting Conditions of Release and Bond executed for defendant. Special conditions apply. SEE BOND for details.

____ Temporary Order of Detention entered for defendant (s): _____

____ Bail/Detention Hearing scheduled for: _____ at _____

__X__ Permanent Order of Detention entered for defendant.

__X__ Status Conference set for: **September 6, 2019 at 12:00 p.m. before District Judge Arthur D. Spatt.**

____ Defendant continues on Bond. Conditions remain the same.

__X__ Defendant remains in custody.

____ Defendant released on bond.

**OTHER:** **Financial affidavit submitted shows defendant not eligible for CJA appointment at this time. Attorney Nancy Bartling appointed CJA counsel for defendant for arraignment only pending further review. No bail package proffered at this time. Defendant's rights are preserved as to a bail hearing at a later date. Medical Evaluation Order executed.**