BEFORE: ARTHUR D. SPATT    DATE: 9/13/19    TIME: 10:49 – 11:05

DOCKET #: CR-17-00495
CAPTION: USA v. Mullan

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. SEP 13 2019 LONG ISLAND OFFICE*

## CRIMINAL CAUSE FOR (STATUS CONFERENCE)/HEARING

### APPEARANCES

DEFENDANT: Michael Mullan #1    COUNSEL: Nancy Bartling
___ Present (Not present) (In Custody) ___ On Bail   (CJA) ___ Retained ___ FD

DEFENDANT: _____ # ___ COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail ___ CJA ___ Retained ___ FD

DEFENDANT: _____ # ___ COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail ___ CJA ___ Retained ___ FD

DEFENDANT: _____ # ___ COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail ___ CJA ___ Retained ___ FD

GOVERNMENT: Michael Maffei    DEPUTY CLERK: MER
COURT REPORTER: Marie Foley
INTERPRETER: _____
PROBATION: _____

✓ Case called.
✗ Deft(s) _____ appear(s) with counsel.
___ Deft(s) _____ present without counsel.
✓ Counsel present without deft(s).
✓ Status Conference/~~Hearing~~ for deft(s) 1 adjourned to 10/11/19 at 11:00

SPEEDY TRIAL INFORMATION on deft(s): 1
Code Type: XT   Start Date: 9/6/19   Stop Date: 10/11/19
Excludable delay entered on the record. Court enters reasons on the record. In addition, the defendant shall execute the written waiver form

___ Superseding Indictment filed for deft(s) _____
___ Superseding Information filed for deft(s)

___ Deft(s) _____ withdraw(s) not guilty plea and

enters a GUILTY PLEA to count(s) _____ of the (superseding) Indictment/Information

___ Sentencing set for _____ regarding deft(s) _____

___ Status Conference/Hearing continued to _____ for deft(s) _____

___ Further Status Conference/hearing set for _____

OTHER: Financial affidavit provided to Ms. Bartling for the Dft to fill out. Waiving Speedy trial form provided to Ms. Bartling. Dft is currently still in the hospital. Dft to fill out a Hippa form with Ms Bartling at the hospital if he consents to, to allow the hospital to provide medical records to Ms Bartling.