12-1227

BEFORE: <u>ARTHUR D. SPATT</u>   DATE: 10/11/19   TIME: 11:00

DOCKET #: CR-17-0495
CAPTION: USA v. Mullan

FILED
U.S. ... D.N.Y.
★ OCT 11 2019 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR STATUS CONFERENCE/~~HEARING~~

### APPEARANCES

DEFENDANT: ~~Michael~~ Daniel Mullan #1 (via telephone)   COUNSEL: Nancy Bartling
(X) Present  __ Not present  (X) In Custody  __ On Bail   (X) CJA  __ Retained  __ FD

DEFENDANT: _____ #__   COUNSEL: _____
__ Present  __ Not present  __ In Custody  __ On Bail   __ CJA  __ Retained  __ FD

DEFENDANT: _____ #__   COUNSEL: _____
__ Present  __ Not present  __ In Custody  __ On Bail   __ CJA  __ Retained  __ FD

DEFENDANT: _____ #__   COUNSEL: _____
__ Present  __ Not present  __ In Custody  __ On Bail   __ CJA  __ Retained  __ FD

GOVERNMENT: Michael Maffei   DEPUTY CLERK: MEh

COURT REPORTER: Dominick Tursi

INTERPRETER: _____

PROBATION: _____

__ Case called.
✓ Deft(s) 1 appear(s) with counsel, via telephone
__ Deft(s) _____ present without counsel.
__ Counsel present without deft(s).
✓ Status Conference/hearing for deft(s) 1 adjourned to 1/10/20 at 12:00

SPEEDY TRIAL INFORMATION on deft(s): 1
Code Type: XT   Start Date: 10/11/19   Stop Date: 1/10/20   on the record
Excludable delay entered on the record.  Ms Bartling to bring  [illegible] from the dyx to the hospital

__ Superseding Indictment filed for deft(s) _____
-over-
__ Superseding Information filed for deft(s) _____

___ Deft(s) _____ withdraw(s) not guilty plea and enters a GUILTY PLEA to count(s) _____ of the (superseding) Indictment/Information

___ Sentencing set for _____ regarding deft(s) _____

___ Status Conference/Hearing continued to _____ for deft(s) _____

___ Further Status Conference/hearing set for _____

OTHER: Waiver of Speedy trial form submitted to the Court & signed by the Court for the dates 9/6/19 to 10/11/19