14

BEFORE: ARTHUR D. SPATT          DATE: 1/10/20          TIME: 10:00

DOCKET #: CR-17-0495
CAPTION: USA v Mullan

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 10 2020

LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR STATUS CONFERENCE/HEARING ★

### APPEARANCES

DEFENDANT: Daniel Mullan #1          COUNSEL: Nancy Bartling
Ⓐ ___ Present ___ Not present Ⓟ In Custody. ___ On Bail     Ⓒ CJA ___ Retained ___ FD
via telephone

DEFENDANT: _____ # ___     COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail     ___ CJA ___ Retained ___ FD

DEFENDANT: _____ # ___     COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail     ___ CJA ___ Retained ___ FD

DEFENDANT: _____ # ___     COUNSEL: _____
___ Present ___ Not present ___ In Custody ___ On Bail     ___ CJA ___ Retained ___ FD

GOVERNMENT: Michael Maffei          DEPUTY CLERK: MEH

COURT REPORTER: Dominick D'Isi

INTERPRETER: _____

PROBATION: _____

___✓ Case called.

_____ Deft(s) _____ appear(s) with counsel.

_____ Deft(s) _____ present without counsel.

__✓__ Counsel present without deft(s). Defendent via telephone for the reasons stated on the record

_____ Status Conference/hearing for deft(s) Daniel 1 adjourned to 4/17/20
at 12:00

SPEEDY TRIAL INFORMATION on deft(s): _____

Code Type: X T     Start Date: 1/10/20     Stop Date: 4/17/20
Excludable delay entered on the record.
Deft wants in the record Ms. Bartling to bring in interform to the Ct

_____ Superseding Indictment filed for deft(s) _____     — Over —

Superseding Information filed for deft(s)

_____ Deft(s) _____ withdraw(s) not guilty plea and

enters a GUILTY PLEA to count(s) _____ of the (superseding) Indictment/Information

_____ Sentencing set for _____ regarding deft(s) _____

_____

_____ Status Conference/Hearing continued to _____ for deft(s) _____

_____

_____ Further Status Conference/hearing set for _____

OTHER: Mr. Bartling requests a Competancy
Examination + will Submit an order to
the Court. Court agrees to Signing the
Order