**LARUSSO, CONWAY & BARTLING, LLP**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD, SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

January 10, 2020

**Electronically Filed**
Honorable Arthur D. Spatt
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:   United States v. Daniel Mullan
             Criminal Docket No. 17-0495 (ADS)

Dear Judge Spatt:

During the status conference held today for my client, Daniel Mullan, the Court granted our application requesting a full competency examination of the defendant, with the consent of the Government. Enclosed is the requested Order for the Court's consideration.

Thank you for your consideration of our application.

                                        Sincerely,

                                        /s/ *Nancy L. Bartling*
                                        Nancy L. Bartling

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

DANIEL MULLAN,

              Defendant,
----------------------------------------------------------X

O R D E R

Criminal Docket No. 17-0495 (ADS)

Upon oral application of Nancy L. Bartling, appearing for the defendant, Daniel Mullan, and with the consent of Michael Maffei, Assistant U.S. Attorney, appearing for the United States of America, and for good cause shown,

IT IS HEREBY ORDERED, pursuant to Title 18, U.S.C., § 4241(b), that Kingsbrook Hospital Medical Staff conduct a full competency examination of the defendant DANIEL MULLAN at Kingsbrook Hospital sixty (60) days of the issuance of this order, to determine whether the defendant is competent to stand trial or enter a plea of guilty in this case;

IT IS FURTHER ORDERED that said examination will be conducted pursuant to the time provisions set forth in Title 18, U.S.C., § 4247(b) and that, upon completion of said examination, the examiner will prepare and file with the court, with a copy to counsel for the defendant and for the Government, the written reports within (30) DAYS OF THE AFORESAID EXAMINATION, UNLESS LEAVE OF Court for an extension is sought, as described in Title 18, U.S.C., § 4247(c). Specifically, the report should include, among other requirements set forth in Title 18, U.S.C., § 4247(c), the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that

he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dated:       January \_\_\_\_, 2020
                  Central Islip, New York

                                  SO ORDERED:

                                  _____
                                  HONORABLE ARTHUR D. SPATT
                                  UNITED STATES DISTRICT COURT JUDGE
                                  EASTERN DISTRICT OF NEW YORK