UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

DANIEL MULLAN,

                Defendant,
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 13 2020 ★

ORDER
LONG ISLAND OFFICE

Criminal Docket No. 17-0495 (ADS)

Upon oral application of Nancy L. Bartling, appearing for the defendant, Daniel Mullan, and with the consent of Michael Maffei, Assistant U.S. Attorney, appearing for the United States of America, and for good cause shown,

IT IS HEREBY ORDERED, pursuant to Title 18, U.S.C., § 4241(b), that Kingsbrook Hospital Medical Staff conduct a full competency examination of the defendant DANIEL MULLAN at Kingsbrook Hospital sixty (60) days of the issuance of this order, to determine whether the defendant is competent to stand trial or enter a plea of guilty in this case;

IT IS FURTHER ORDERED that said examination will be conducted pursuant to the time provisions set forth in Title 18, U.S.C., § 4247(b) and that, upon completion of said examination, the examiner will prepare and file with the court, with a copy to counsel for the defendant and for the Government, the written reports within (30) DAYS OF THE AFORESAID EXAMINATION, UNLESS LEAVE OF Court for an extension is sought, as described in Title 18, U.S.C., § 4247(c). Specifically, the report should include, among other requirements set forth in Title 18, U.S.C., § 4247(c), the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that

he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dated:       January 13, 2020
             Central Islip, New York

                              SO ORDERED:

                              /s/ Arthur D. Spatt

                              ───────────────────────────────
                              HONORABLE ARTHUR D. SPATT
                              UNITED STATES DISTRICT COURT JUDGE
                              EASTERN DISTRICT OF NEW YORK