BEFORE: STEVEN I. LOCKE                                    DATE: 6/17/2020
UNITED STATES MAGISTRATE JUDGE                             TIME: 12:30 pm

# CRIMINAL CAUSE FOR STATUS

**DOCKET No. CR 17-495(ADS) USA v. MULLAN**

**DEFENDANT: Daniel Mullan**          **DEF. #**
☒ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Nancy Bartling
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**: Michael Maffei

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG : _____   MAGISTRATE DEPUTY: KMG

☒ Case called   ☒ Counsel for all sides present

☒ Waiver of Speedy Trial executed; time excluded from  6/17/2020  through 9/14/2020.

☐ Order Setting Conditions of Release and Bond entered.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

  ☐ Detention Hearing scheduled for:

☐ Bail Hearing held.  Disposition:

☒ Next Court appearance scheduled for **7/30/2020 at 12:00 pm in front of MJ Locke.**

Defendant ☐ Released on Bond;   ☒ Remains in Custody.

OTHER:  Status conference held. For the reasons set forth on the record, the parties' motion for an order of excludable delay is granted and the time from June 17, 2020 until September 14, 2020 will not be counted for Speed Trial Act purposes.  See also Administrative Order 2020-20. Next status phone conference:  July 30, 2020 at noon. Parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt.