UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

CRIMINAL ORDER OF REFERRAL

-----------------------------------------------------------------------X

The Clerk of the Court is directed to refer all criminal cases, at the time of filing, to the Magistrate Judge assigned to each case for the purposes of conducting arraignments, bail hearings, and waivers of speedy trial.

SO ORDERED.

Dated: Central Islip, New York
August 11, 2009

DENIS R. HURLEY
Senior United States District Judge