BEFORE: STEVEN I. LOCKE  
UNITED STATES MAGISTRATE JUDGE

DATE: 7/30/2020  
TIME: 12:00 pm

## CRIMINAL CAUSE FOR STATUS

**FILED**  
**CLERK**  
7/30/2020 12:39 pm  
**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF NEW YORK**  
**LONG ISLAND OFFICE**

**DOCKET No. CR 17-495(DRH) USA v. MULLAN**

**DEFENDANT: Daniel Mullan**   DEF. #  
☐ Present   ☒ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Nancy Bartling  
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**: Michael Maffei

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG : _____   MAGISTRATE DEPUTY: KMG

☒ Case called   ☒ Counsel for all sides present

☐ Waiver of Speedy Indictment/Trial executed; time excluded from ____ through

☐ Order Setting Conditions of Release and Bond entered.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

  ☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next Court appearance scheduled for 9/14/2020 at 12:00 pm before SIL.

Defendant ☐ Released on Bond;   ☒ Remains in Custody.

OTHER: Status conference held.