| | |
|---|---|
| BEFORE: STEVEN I. LOCKE<br>UNITED STATES MAGISTRATE JUDGE | DATE: 9/14/2020<br>TIME: 11:30 am |

# CRIMINAL CAUSE FOR STATUS

**DOCKET No. CR 17-495(DRH) USA v. MULLAN**

**FILED CLERK**
1:45 pm, Sep 14, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Daniel Mullan**   **DEF. #**

☒ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Nancy Bartling

☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**: Michael Maffei

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL:

FTR LOG : _____   MAGISTRATE DEPUTY: KMG

☒ Case called   ☒ Counsel for all sides present

☒ Waiver of Speedy Trial executed; time excluded from  9/14/2020  through  10/6/2020.

☐ Order Setting Conditions of Release and Bond entered.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

   ☐ Detention Hearing scheduled for:

☐ Bail Hearing held.  Disposition:

☒ Next Court appearance scheduled for  10/6/2020 at 10:00 am in front of Judge Hurley.

Defendant  ☐ Released on Bond;   ☒ Remains in Custody.

OTHER:  Defendant consents to the status conference being conducted via telephone. Based on the representations on the record, and the colloquy with Defendant, it is hereby ORDERED, that the time period from today, September 14, 2020 until October 6, 2020 is excluded for purposes of the Speedy Trial Act.