***LARUSSO, CONWAY & BARTLING, LLP***
***ATTORNEYS AT LAW***
***300 OLD COUNTRY ROAD, SUITE 341***
***MINEOLA, NEW YORK 11501***
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

September 23, 2020

**<u>Electronically Filed</u>**
The Honorable Denis R. Hurley
Senior United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

   Re: United States v. Daniel Mullan
     <u>Criminal Docket No. 17-0495 (DRH)</u>

Dear Judge Hurley:

  Currently, my client Daniel Mullan's status conference is scheduled for October 6, 2020 at 10:00 am. Due to a conflict in my schedule, I am respectfully requesting the teleconference be rescheduled to 12:00 pm the same day.

  I have been in contact with Assistant United States Attorney Michael Maffei who has consented to our request.

  Thank you very much for your consideration of our application.

            Respectfully submitted,

            Nancy L. Bartling

cc: Michael Maffei
   Assistant U.S. Attorney
   (via ECF)