**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**
**BEFORE JUDGE:  HURLEY, J.     DATE: OCTOBER 7, 2020      TIME: 11:30- 11 55 AM**
**DOCKET NUMBER: CR-17-495                USA    V.   MULLAN**

**DEFT. NAME:   DANIEL MULLAN           DFT # 1**
**X  PRESENT,  NOT PRESENT,  X   IN CUSTODY,      ON BAIL**
**ATTY FOR DEFT.:  NANCY BARTLING     CJA**
**X   PRESENT,    NOT PRESENT**

**A.U.S.A.:    MICHAEL MAFFEI**
**DEPUTY CLERK:     LISA LUNDY**
**COURT REPORTER(S) OR ESR OPERATOR:     DOMINICK TURSI**
**INTERPRETER:**

CASE CALLED FOR STATUS CONFERENCE;
THE DEFENDANT AND COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE;
THE COURT ADOPTS THE FINDING THAT IS IN THE COMPETENCY REPORT CONCLUDED THAT
THE DEFENDANT IS COMPETENT TO PROCEED IN THIS CASE.
WAIVER OF SPEEDY TRIAL EXECUTED START DATE 10/7/2020 STOP DATE 12/8/2020
TELEPHONE STATUS CONFERENCE SET 12/8/2020 AT 11:00 A.M.
THE PARTIES SHALL CALL THE TELECONFERENCE # 888-273-3658 Access Code 4660635

.