**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**
**BEFORE JUDGE:** HURLEY, J.    **DATE:** DECEMBER 8, 2020 **TIME:** 11:00-11:15AM.
**DOCKET NUMBER:** CR-17-495             USA   V.   MULLEN


**DEFT. NAME:** DANIEL MULLEN    **DFT # 1**
  X PRESENT, NOT PRESENT, X IN CUSTODY,  , ON BAIL
   **ATTY FOR DEFT.:** NANCY BARTLING    CJA
      X PRESENT,  NOT PRESENT

**FOR GOV'T:  A.U.S.A.:** MICHAEL MAFFEI

**DEPUTY CLERK:**    LISA LUNDY
   **COURT REPORTER(S) OR ESR OPERATOR:** PAUL LOMBARDI
   **PROBATION:**
   **INTERPRETER:**


CASE CALLED FOR STATUS CONFERENCE. THE DEFENDANT AND COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE; THE PARTIES ARE NOTIFIED OF BRADY V. MARYLAND AS TO DUE PROCESS;
 WAIVER SPEEDY TRIAL EXECUTED START DATE 12/8/2020 STOP DATE 2/9/2021.
TELECONFERENCE STATUS CONFERENCE SET FOR 2/9/2021 AT 11:00 A.M.
TELECONFERENCE # 888-273-3658 ACCESS CODE 4660635.