**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**
**BEFORE JUDGE: HURLEY, J.   DATE: FEBRUARY 9, 2021   TIME: 11:18- 11:43 AM**
**DOCKET NUMBER: CR-17-495         USA   V.  MULLAN**

**DEFT. NAME: DANIEL MULLAN          DFT # 1**
   PRESENT, X  NOT PRESENT, X   IN CUSTODY,   ON BAIL
      **ATTY FOR DEFT.: NANCY BARTLING   CJA**
         X  PRESENT,   NOT PRESENT

**DEFT. NAME:            DFT #**
   X  PRESENT,  NOT PRESENT,     IN CUSTODY,    ON BAIL
      **ATTY FOR DEFT.:**
         X  PRESENT,   NOT PRESENT

**A.U.S.A. :   MICHAEL MAFFEI**
**DEPUTY CLERK:    L LUNDY**
**COURT REPORTER(S) OR ESR OPERATOR:  DOMINICK TURSI**
**INTERPRETER:**

   CASE CALLED FOR STATUS CONFERENCE;   COUNSEL CONSENT TO HOLD THIS    CONFERENCE BY TELECONFERENCE; THE DEFENDANT WAS NOT PRODUCED FOR THE TELECONFERENCE;
   WAIVER OF SPEEDY TRIAL EXECUTED   START  DATE 2/9/2021 TO STOP  DATE 2/25/2021;
   TELEPHONE STATUS CONFERENCE SET 2/25/2021 AT  10:00 A.M.; TELECONFERENCE # 888-273-3658
   ACCESS CODE 4660635.

      .