CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE

**BEFORE JUDGE:** HURLEY, J.     **DATE:** FEBRUARY 25, 2021     **TIME:** 11:00-11:15AM.
**DOCKET NUMBER:** CR-17-495     USA V. MULLEN

**DEFT. NAME:** DANIEL MULLEN     DFT # 1
   X PRESENT, NOT PRESENT, X IN CUSTODY, , ON BAIL
    **ATTY FOR DEFT.:** NANCY BARTLING     CJA
      X PRESENT, NOT PRESENT

**FOR GOV'T.: A.U.S.A.:** MICHAEL MAFFEI

**DEPUTY CLERK:** LISA LUNDY
   **COURT REPORTER(S) OR ESR OPERATOR:** PAUL LOMBARDI
   **PROBATION:**
   **INTERPRETER:**

**FILED CLERK** 2:46 pm, Feb 25, 2021 **U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK LONG ISLAND OFFICE**

CASE CALLED FOR STATUS CONFERENCE. THE DEFENDANT AND COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE;
WAIVER SPEEDY TRIAL EXECUTED START DATE 2/25/2021 STOP DATE 4/27/2021.
TELECONFERENCE STATUS CONFERENCE SET FOR 4/27/2021 AT 11:00 A.M.
TELECONFERENCE # 888-273-3658 ACCESS CODE 4660635.