CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE

**BEFORE JUDGE:** HURLEY, J.      **DATE:** APRIL 27, 2021      **TIME:** 11:00-11:11 AM
**DOCKET NUMBER:** CR-17-495                    USA   V.   MULLEN

**DEFT. NAME:** DANIEL MULLEN      DFT # 1
  X PRESENT, NOT PRESENT, X IN CUSTODY,  , ON BAIL
    **ATTY FOR DEFT.:** NANCY BARTLING    CJA
        X PRESENT,  NOT PRESENT

**FOR GOV'T:**  **A.U.S.A.:** MICHAEL MAFFEI

**DEPUTY CLERK:**    LISA LUNDY
   **COURT REPORTER(S) OR ESR OPERATOR:** DOMINICK TURSI
   **PROBATION:**
   **INTERPRETER:**

CASE CALLED FOR STATUS CONFERENCE. THE DEFENDANT AND COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE;
 WAIVER SPEEDY TRIAL EXECUTED START DATE 4/27/2021 STOP DATE 7/9/2021.
TELECONFERENCE STATUS CONFERENCE SET FOR 7/9/2021 AT 11:30 A.M.
TELECONFERENCE # 888-273-3658 ACCESS CODE 4660635.