CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE
**BEFORE JUDGE:** HURLEY, J.   **DATE:** JULY 9, 2021   **TIME:** 11:30-11:45 AM
**DOCKET NUMBER:** CR-17-495      USA   V.   MULLEN

**DEFT. NAME:** DANIEL MULLEN   **DFT # 1**
 PRESENT, X NOT PRESENT, X IN CUSTODY, , ON BAIL
  **ATTY FOR DEFT.:** NANCY BARTLING   CJA
   X PRESENT,  NOT PRESENT

**FOR GOV'T.: A.U.S.A.:** MICHAEL MAFFEI

**DEPUTY CLERK:**   LISA LUNDY
  **COURT REPORTER(S) OR ESR OPERATOR:** MARYANN STEIGER
  **PROBATION:**
  **INTERPRETER:**

**FILED**
**CLERK**

1:30 pm, Jul 09, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

CASE CALLED FOR STATUS CONFERENCE. THE COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE; THE DEFENDANT IS NOT PRODUCED;
 WAIVER SPEEDY TRIAL EXECUTED START DATE 7/9/2021 STOP DATE 7/30/2021.
TELECONFERENCE STATUS CONFERENCE SET FOR 7/30/2021 AT 11:30 A.M.
TELECONFERENCE # 888-273-3658 ACCESS CODE 4660635.