# The Law Offices of
## Nancy L. Bartling, PLLC

July 28, 2021

**_Electronically Filed_**
The Honorable Denis R. Hurley
Senior United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

    Re:    United States v. Daniel Mullan
              <u>Criminal Docket No. 17-0495 (DRH)</u>

Dear Judge Hurley:

    I represent Daniel Mullan in the above-entitled criminal matter. Our next status conference is scheduled for July 30, 2021. Due to a scheduling conflict on the Court's calendar the appearance has been adjourned to August 10, 2021 at 11:30 am. I have spoken with Mr. Mullan, and he waives speedy trial from July 30, 2021 through August 10, 2021 at 11:30 am.

    Thank you very much for your consideration of our application.

                                                     Respectfully submitted,

                                                     Nancy L. Bartling

cc:    Michael Maffei
       Assistant U.S. Attorney
       (via ECF)

666 Old Country Road • Suite 501 • Garden City, New York 11530 • Phone: 516-248-3520
nancy@bartlingesq.com