## CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ            **DATE:** 11/21/2022     30 min

**DOCKET No.** CR- 17-495

**DEFENDANT:**     DANIEL MULLAN     **DEF. #**
Present in custody

**DEFENSE COUNSEL:** NANCY BARTLING
CJA Appointment

**A.U.S.A.**:     Maffei, Michael
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: _Choose an item.
COURT REPORTER/FTR LOG: _LISA SCHMID_            DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (*~Util-Plea Entered*)    ☐ Initial Appearance
- ☐ Telephone Conference    ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary    ☐ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested    TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☐ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
  ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☒ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement. Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

|   |   |
|---|---|
| ☒ | Defendant withdraws previous plea of not guilty and enters a plea of guilty to count  1 and 4 of the Indictment. |
| ☒ | The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial. |
| ☒ | The Court finds a factual basis for the plea and accepts it. |
| ☒ | Probation notified. |
| ☐ | Sentence held in abeyance. |
| ☒ | Sentencing date set for 3/24/2023     at 10:30 a.m. |
| ☐ | Government moves for  Choose an item., argument heard. |
| ☐ | Choose an item.: |

        ☐    Ruling:
           ☐    Order setting conditions of bond executed.
           ☐    Detention Order executed.
                ☐    Permanent.
                ☐    Temporary: Hearing set for Click or tap to enter a date.

|   |   |
|---|---|
| ☐ | Defendant Choose an item. |
| ☐ | Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only. |
| ☐ | OTHER: |
| ☒ | Defendant continued:  ☒  in custody        ☐    on bond |